# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| WATER REPLENISHMENT DISTRICT OF SOUTHERN CALIFORNIA, <br><br> Plaintiff, <br><br> v. <br><br> 3M COMPANY (f/k/a Minnesota Mining and Manufacturing, Co.), E.I. DU PONT DE NEMOURS AND COMPANY, THE CHEMOURS COMPANY L.L.C. F/K/A THE CHEMOURS COMPANY, DUPONT DE NEMOURS, INC., CORTEVA, INC., CHEMGUARD, INC., TYCO FIRE PRODUCTS LP (successor-in-interest to the Ansul Co.), BUCKEYE FIRE EQUIPMENT COMPANY, KIDDE FENWAL, INC., NATIONAL FOAM, INC., ARKEMA, INC., AGC CHEMICALS AMERICAS, INC., DYNAX CORPORATION, and CLARIANT CORPORATION; JOHN DOE DEFENDANTS 1-49, <br><br> Defendants. | MDL No. 2873 <br><br> Master Docket No. 2:18-mn-2873 <br><br> Judge Richard Mark Gergel <br><br> Civil Action No. 2:21-cv-3669-RMG <br><br> **NOTICE OF FILING** |

Included as an attachment to this filing is the Water Replenishment District of Southern California ("Plaintiff") Affidavit of Service of the Summons and Complaint with annexed Supplement A setting forth the date, method, and manner of service of Plaintiffs' Complaint, filed on November 9, 2021, with the Clerk of Court's Summons signed on November 9, 2021.

Dated: 11/11/2021

SL ENVIRONMENTAL LAW GROUP PC

*/s/ Ashley B. Campbell*
Ashley B. Campbell, Esquire
SL ENVIRONMENTAL LAW GROUP PC
175 Chestnut Street
San Francisco, CA 94133
Tel. 415.348.8300
E-mail: acampbell@slenvironment.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| WATER REPLENISHMENT DISTRICT OF SOUTHERN CALIFORNIA, ) ) ) | |
| Plaintiff, ) ) | MDL No. 2873 |
| v. ) ) | Master Docket No. 2:18-mn-2873 |
| 3M COMPANY (f/k/a Minnesota Mining and Manufacturing, Co.), E.I. DU PONT DE NEMOURS AND COMPANY, THE CHEMOURS COMPANY L.L.C. F/K/A THE CHEMOURS COMPANY, DUPONT DE NEMOURS, INC., CORTEVA, INC., CHEMGUARD, INC., TYCO FIRE PRODUCTS LP (successor-in-interest to the Ansul Co.), BUCKEYE FIRE EQUIPMENT COMPANY, KIDDE FENWAL, INC., NATIONAL FOAM, INC., ARKEMA, INC., AGC CHEMICALS AMERICAS, INC., DYNAX CORPORATION, and CLARIANT CORPORATION; JOHN DOE DEFENDANTS 1-49, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge Richard Mark Gergel  Civil Action No. 2:21-cv-3669-RMG  **NOTICE OF FILING** |
| Defendants. ) | |

### AFFIDAVIT OF SERVICE

STATE OF NEW HAMPSHIRE )
COUNTY OF MERRIMACK )

**ASHLEY CAMPBELL,**

I am over eighteen years old and am not a party to this action. I served copies of the Summons and the Water Replenishment District of Southern California's Complaint in the above-captioned action on Defendants, pursuant to Case Management Order Nos. 6, 6.A, 6.B, 6.C, 6.D, and 6.E in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, 2:18-mn-02873-RMG (D.S.C.), as follows:

    1. On November 10, 2021, by emailing and mailing if required, a copy of the Summons and Complaint to counsel for Defendants via the email addresses and mailing addresses, listed on the annexed Supplement A.

Dated: 11/11/2021

*Ashley Campbell*
Ashley B. Campbell

STATE OF NEW HAMPSHIRE  )
COUNTY OF MERRIMACK     )

    On the 11th day of November in the year 2021, before me, the undersigned, personally appeared Ashley B. Campbell, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is here subscribed to the within instrument and acknowledged to me that he executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

*Michelle Preve*
Notary Public Signature

Print: Michelle R. Preve

Title or Office: Notary Public

My commission expires: 1/8/2025


(Seal)

3

## SUPPLEMENT A

**3M COMPANY (f/k/a Minnesota Mining and Manufacturing, Co.)**
3M has agreed to accept service of this Complaint via email in lieu of formal requirements via: 3M_Service_AFFF_MDL@duffyandyoung.com

**E.I. DU PONT DE NEMOURS AND COMPANY**
DuPont has agreed to accept service of this Complaint via email in lieu of the formal requirements via: DBDWERLKOTTE@shb.com, jhackman@shb.com, and sdrum@shb.com.

**THE CHEMOURS COMPANY L.L.C. F/K/A THE CHEMOURS COMPANY**
The Chemours Company has agreed to accept service of this Complaint via email in lieu of the formal requirements via: DBDWERLKOTTE@shb.com, *and* jhackman@shb.com, *and* sdrum@shb.com.

**DUPONT DE NEMOURS INC.**
DuPont de Nemours, Inc. has agreed to accept service of this Complaint via email in lieu of the formal requirements via: AFFFservice@bartlitbeck.com

**CORTEVA, INC.**
Corteva, Inc. has agreed to accept service of this Complaint via email in lieu of the formal requirements via: AFFFservice@bartlitbeck.com

**CHEMGUARD, INC.**
Chemguard has agreed to accept service of this Complaint via email in lieu of the formal requirements via: mdlafff@jci.com and afffservice@wc.com.

**TYCO FIRE PRODUCTS LP (successor-in-interest to The Ansul Co.)**
Tyco has agreed to accept service of this Complaint via email in lieu of the formal requirements via: mdlafff@jci.com and afffservice@wc.com.

**BUCKEYE FIRE EQUIPMENT COMPANY**
Buckeye has agreed to accept service of this Complaint via email and regular mail in lieu of the formal requirements via: mcarpenter@gastonlegal.com, msingleton@gastonlegal.com, along with a copy via regular mail to:
Michael L. Carpenter
Gray, Layton, Kersh, Solomon, Furr & Smith, P.A. 516
South New Hope Road
Post Office Box 2636 Gastonia, NC 28053

**KIDDE FENWAL, INC.**
Kidde-Fenwal has agreed to accept service of this Complaint via email in lieu of the formal requirements via: KiddeDefendantsAFFF@daypitney.com.

**UTC FIRE AND SECURITY AMERICAS CORP.**
UTC Fire and Security Americas Corp. has agreed to accept service of this Complaint via email in lieu of the formal requirements via: KiddeDefendantsAFFF@daypitney.com.

**CARRIER GLOBAL CORPORATION**
Carrier Global Corporation has agreed to accept service of this Complaint via email in lieu of the formal requirements via: KiddeDefendantsAFFF@daypitney.com.

**NATIONAL FOAM, INC.**
National Foam has agreed to accept service of this Complaint via email in lieu of the formal requirements via: smithkei@gtlaw.com.

**ARKEMA, INC.**
Arkema, Inc. has agreed to accept service of this Complaint via email in lieu of the formal requirements via: AFFFArkemaService@sidley.com

**AGC CHEMICALS AMERICAS, INC.**
AGC Chemicals Americas, Inc. has agreed to accept service of this Complaint via email in lieu of the formal requirements via: agccaservice@crowell.com

**DYNAX CORPORATION**
Dynax Corporation has agreed to accept service of this Complaint via email in lieu of the formal requirements via: kwarner@smithlaw.com, cbrinson@smithlaw.com, aries@smithlaw.com, and cbona@smithlaw.com.

**CLARIANT CORPORATION**
Clariant Corporation has agreed to accept service of this Complaint via email in lieu of the formal requirements via: robertjordan@parkerpoe.com; steveweber@parkerpoe.com; charlesraynal@parkerpoe.com; *and* janicestafford@parkerpoe.com

**ARCHROMA US, INC.**
Archroma US, Inc. has agreed to accept service of this Complaint via email in lieu of the formal requirements via: robertjordan@parkerpoe.com; steveweber@parkerpoe.com; charlesraynal@parkerpoe.com; *and* janicestafford@parkerpoe.com